IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

THERESA WILLIAMS ON BEHALF
OF THE WRONGFUL DEATH
BENEFICIARIES OF EARNEST
DAMONTEZ WILLIAMS                                                                    PLAINTIFF

V.                                                         CAUSE NO. 4:24-CV-071-MPM-DAS

VITALCORE HEALTH STRATEGIES,
LLC, et al.                                                                           DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

As evidenced by the electronic signatures below, plaintiff Theresa Williams, individually and on behalf of the wrongful death beneficiaries of Earnest Damontez Williams and defendant VitalCore Health Strategies, LLC have resolved their disputes forming the basis of this litigation. As a result, this action and all claims that were asserted herein are hereby dismissed with prejudice with the parties to bear their own respective fees, costs, and expenses.

IT IS, THEREFORE, ORDERED, AND ADJUDGED that this action and all claims that were asserted herein are hereby dismissed with prejudice with each party to bear its own fees, costs, and expenses.

SO ORDERED AND ADJUDGED, this the 1st day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE

40479218v1

Agreed to by:


*/s/ Grafton E. Bragg* (affixed with permission)
Grafton E. Bragg (MSB #104821)
BraggLaw, PLLC
1060 East County Line Road
Suite 3A-120
Ridgeland, MS 39157
601-624-1153
grafton@graftonbragglaw.com
Attorney for Plaintiff


*/s/ Michael Chase*
John Wheeler (MSB #8622)
Michael Chase (MSB #5969)
Mitchell, McNutt & Sams, P.A.
P.O. Box 7120
Tupelo, MS 38802
(p) 662-842-3871
(f) 662-842-8450
jwheeler@mitchellmcnutt.com
mchase@mitchellmcnutt.com
Attorneys for Defendants

40479218v1